SCWC-29649

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

DANIEL K. KANAHELE, WARREN S. BLUM, LISA BUCHANAN,
JAMES L. CONNIFF, and CAMBRIA MOSS
Petitioners/Plaintiffs-Appellants,

vs.

MAUI COUNTY COUNCIL and COUNTY OF MAUI,
Respondents/Defendants-Appellees,

and

HONUAʻULA PARTNERS, LLC,
Respondent/Intervenor-Appellee.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29649; CIV. NO. 08-1-0115(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Plaintiffs-Appellants' application for writ of certiorari filed on November 7, 2012, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, December 17, 2012.

Lance D. Collins,
for petitioners

Patrick K. Wong
Mary Blaine Johnston,
for respondents Maui County
Council and County of Maui

William C. McCorriston
Jonathan H. Steiner
B. Martin Luna
Blaine J. Kobayashi,
for respondent Honuaʻula
Partners, LLC

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

